UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 11-CV-80991-RYSKAMP/VITUNAC

JASON M. GROSS,

    Plaintiff,

v.

NEXTERA ENERGY, INC. et al.,

    Defendants.
_____/

**ORDER DENYING DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT AS MOOT**

**THIS CAUSE** comes before the Court on Defendant Nextera Energy, Inc.'s motion for summary judgment **[DE 6]** filed on September 29, 2011. On September 1, 2011, Plaintiff Jason M. Gross filed his initial complaint **[DE 1]** for violations of the Fair Labor Standards Act. On October 5, 2011, subsequent to the filing of Nextera's motion for summary judgment, Mr. Gross filed an amended complaint **[DE 10]**. Nextera has not filed an answer to either complaint.

A plaintiff has a right to amend his complaint once as a matter of course before a responsive pleading is served. *Denney v. Nelson*, 304 F. App'x 860, 863 (11th Cir. 2009) (citing Fed. R. Civ. P. 15); *Coventry First, LLC v. McCarty*, 605 F.3d 865, 869 (11th Cir. 2010). In any event, "the court should freely give leave to amend when justice so requires." Fed. R. Civ. P. 15(a)(2). Mr. Gross was within his rights to file the amended complaint. The amended complaint supersedes the original complaint, *Malowney v. Fed. Collection Deposit Grp.*, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999), thus rendering Nextera's motion for summary judgment

1

moot.[1]  Nextera is free to file a summary judgment or other motion with respect to the amended complaint as it sees appropriate.  The Court also advises the parties to be mindful of their obligations pursuant to the scheduling order **[DE 4]**.

The Court has carefully considered the motion, applicable law, and pertinent portions of the record.  For the foregoing reasons, it is hereby

**ORDERED AND ADJUDGED** that Defendant Nextera Energy, Inc.'s motion for summary judgment **[DE 6]** is **DENIED AS MOOT**.  Nextera may re-file its motion with respect to the amended complaint.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 19 day of October, 2011.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

---

[1] Nextera's basis for summary judgment is that Mr. Gross named the wrong defendant.  According to Nextera, Mr. Gross was actually employed by Florida Power & Light Co. ("FPL").  Mr. Gross filed a motion to strike the summary judgment motion **[DE 11]**, asserting that he was employed by FPL, who later changed its name to Nextera Energy, Inc.  Mr. Gross also claims to have been employed by another entity, Nextera Energy Resources, LLC.  As such, Mr. Gross's amended complaint adds as defendants FPL and Nextera Energy Resources.  Mr. Gross argues that the parties should be permitted to conduct discovery in order to determine which entity or entities actually employed him.  Without deciding the merits of either motion, the Court denies Nextera's motion for summary judgment as moot for the reasons set forth herein, thereby rendering Mr. Gross's motion to strike moot as well.  Mr. Gross's motion to strike will be ruled upon by separate order.